# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THEODORE F. LEE, | ) | |
| Plaintiff, | ) ) | Case No. 2:13-cv-00483-RCJ-PAL |
| vs. | ) ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) | (Mtn to Withdraw - Dkt. #42) |
| Defendant. | ) ) ) | |

This matter is before the court on a Motion to Withdraw (Dkt. #42) filed May 5, 2013. David B. Porter seeks to withdraw as counsel of record for Plaintiff Theodore F. Lee. The Motion represents that Plaintiff will continue to be represented by George P. Kelesis and Edward E.O.C. Ord. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff filed the Complaint (Dkt. #1) on August 29, 2012, in the United States District Court for the Northern District of California. This case was transferred to this court on March 21, 2013. *See* (Dkt. #38). It is an action to quash an IRS summons. In a written Order (Dkt # 36) the district judge denied Defendant's motion to dismiss and granted a motion to transfer this case to this district finding the action could have been filed here and it is in the interests of justice to transfer rather than dismiss the case.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #42) is GRANTED. David B. Porter is withdrawn from further representation of Plaintiff in this action.

2. Plaintiff shall continue to be represented by George P. Kelesis and Edward E.O.C. Ord.

///

3. A Scheduling and Status hearing is set for May 21, 2013 at 10 am in Courtroom 3B.

Dated this 13th day of May, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE