KATHRYN KENEALLY
Assistant Attorney General

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile:  (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Western.TaxCivil@usdoj.gov

Attorneys for the United States of America

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE F. LEE, | Case No. 2:13-cv-00483-RCJ-PAL |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Upon consideration of the Joint Status Report, and for good cause shown:

IT IS HEREBY ORDERED that this action continue to be stayed and the parties shall file a Joint Status Report on or before __October 4__, 2013, in the event the matter is not resolved and a Stipulation to Dismiss the action filed before that date.

DATED this __19th__ day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1

10360110.1