## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE F. LEE, | Case No. 2:13-cv-00483-JAD-PAL |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Upon consideration of the Joint Status Report filed on September 26, 2013, and for good cause shown:

IT IS HEREBY ORDERED that this action continue to be stayed and the parties shall file a Joint Status Report on or before ____November 22____, 2013, in the event the matter is not resolved and a Stipulation to Dismiss the action filed before that date.

DATED this 7th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1

10554637.1

1  Submitted by:

2  BAILUS COOK & KELESIS, LTD.

3  /s/ George P. Kelesis
4  GEORGE P. KELESIS, ESQ.
   Nevada Bar No. 000069
5  400 South Fourth Street, Suite 300
   Las Vegas, Nevada 89101
6  *Counsel for Theodore F. Lee*

7  KATHRYN KENEALLY
8  Assistant Attorney General

9  /s/ Jeremy N. Hendon
   JEREMY N. HENDON
10 Trial Attorney, Tax Division
   U.S. Department of Justice
11 P.O. Box 683
12 Ben Franklin Station
   Washington, D.C. 20044
13 *Counsel for the United States of America*

14
   DANIEL G. BOGDEN
15 United States Attorney
   *Of Counsel*

16

17

18

19

20

21

22

23

24

25

26

27

28

10554637.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **[PROPOSED] ORDER** has been made this 26th day of September, 2013, by electronically transmitting via the Court's CM/ECF system to the following:

| | |
|---|---|
| Edward E.O.C. Ord<br>Christopher M. Cook<br>Ord and Norman<br>233 Sansome Street<br>San Francisco, CA 94104<br>ordeoc@sbcglobal.net<br>cookcm@sbcglobal.net<br>Attorneys for Petitioner | George P. Kelesis<br>Bailus Cook & Kelesis, Ltd.<br>517 South 9th Street<br>Las Vegas, NV 89101<br>gkelesis@bckltd.com<br>Attorney for Petitioner |

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

10554637.1