# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE F. LEE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. 2:13-cv-00483-JAD-PAL<br><br>**ORDER** |

Upon consideration of the Joint Status Report filed on November 19, 2013, and for good cause shown:

IT IS HEREBY ORDERED that this action continue to be stayed and the parties shall file a Joint Status Report on or before Lcpwct{"6."4236"         , in the event the matter is not resolved and a Stipulation to Dismiss the action filed before that date.

DATED this 47'" day of  Pqxgo dgt    , 2013.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

10773325.1