# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE F. LEE, | Case No. 2:13-cv-00483-JAD-PAL |
| Petitioner, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Upon consideration of the Joint Status Report filed on January 3, 2014, and for good cause shown:

IT IS HEREBY ORDERED that this action continue to be stayed and the parties shall file a Joint Status Report on or before February 3, 2014_____, in the event the matter is not resolved and a Stipulation to Dismiss the action filed before that date.

DATED this _8th_ day of _January_____, 2014.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE

1

10945260.1

Submitted by:

BAILUS COOK & KELESIS, LTD.

/s/ George P. Kelesis
GEORGE P. KELESIS, ESQ.
Nevada Bar No. 000069
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
*Counsel for Theodore F. Lee*

KATHRYN KENEALLY
Assistant Attorney General

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
*Counsel for the United States of America*

DANIEL G. BOGDEN
United States Attorney
*Of Counsel*

10945260.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **[PROPOSED] ORDER** has been made this 3rd day of January, 2014, by electronically transmitting via the Court's CM/ECF system to the following:

| | |
|---|---|
| Edward E.O.C. Ord<br>Christopher M. Cook<br>Ord and Norman<br>233 Sansome Street<br>San Francisco, CA 94104<br>ordeoc@sbcglobal.net<br>cookcm@sbcglobal.net<br>Attorneys for Petitioner | George P. Kelesis<br>Bailus Cook & Kelesis, Ltd.<br>517 South 9th Street<br>Las Vegas, NV 89101<br>gkelesis@bckltd.com<br>Attorney for Petitioner |

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

10945260.1