GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com
*Attorneys for Theodore Lee*

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 353-2466
Facsimile:    (202) 307-0054
*Jeremy.Hendon@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| THEODORE F. LEE,<br><br>          Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | Case No. 2:13-cv-00483-RCJ-PAL<br><br>**JOINT STATUS REPORT** |

Petitioner, Theodore Lee ("Lee"), and Respondent, United States of America ("United States"), by and through their respective counsel of record, hereby submit this Joint Status Report as required by the Court's January 18, 2014 Order and represent as follows:

Since filing the last status report on January 3, 2014, the Government has agreed that based on the documentation produced, it will no longer seek an Order to Show Cause relative to the summons enforcement action, *USA v. Lee*, Case No. 2:12-cv-01994-GMN-PAL.  As discussed in the parties' previous Joint Status Reports, resolution of the summons enforcement action will likely resolve the document production issues in this action.

The parties are in the process of negotiating the language of a stipulated resolution of the both matters and require one additional week to do so.  In the event the parties have not filed a stipulation dismissing this action by March 7, 2013, then they will file a Joint Status Report.

This parties file this Joint Status Report and Stipulation to Stay in good faith and not for the purposes of delay.

Respectfully submitted this 27th day of February, 2014.

| | |
|---|---|
| BAILUS COOK & KELESIS, LTD. | KATHRYN KENEALLY<br>Assistant Attorney General |
| /s/ George P. Kelesis<br>GEORGE P. KELESIS, ESQ.<br>Nevada Bar No.  000069<br>400 South Fourth Street, Suite 300<br>Las Vegas, Nevada 89101<br>*Counsel for Theodore Lee* | /s/ Jeremy N. Hendon<br>JEREMY N. HENDON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683<br>*Counsel for the United States of America*<br><br>DANIEL G. BOGDEN<br>United States Attorney<br>District of Nevada<br>of Counsel |

GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com
*Attorneys for Theodore Lee*

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 353-2466
Facsimile:    (202) 307-0054
*Jeremy.Hendon@usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * *

| THEODORE F. LEE, | |
|---|---|
| Petitioner, | Case No. 2:13-cv-00483-RCJ-PAL |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER** [Proposed] |
| Respondent. | |

Upon consideration of the Joint Status Report, and for good cause shown:

IT IS HEREBY ORDERED that the above-caption action be stayed and the parties shall file a Joint Status Report on or before Octej '9.'2014 in the event the matter is not resolved and a Stipulation to Dismiss the action filed before that date.

DATED this 5tf day of Octej , 2014.

_____
UNITED STATES JUDGE