GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
California State Bar No. 52123
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA 94104

*Attorneys for Theodore Lee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| THEODORE F. LEE,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 2:13-cv-00483-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OBJECTIONS TO REPORT OF FINDINGS AND RECOMMENDATION (#73)**<br>**(Second Request)** |

On April 16, 2015, the Magistrate Judge, Peggy A. Leen, recommended in her Report of Findings and Recommendation (Doc. #73) that the above-entitled case be dismissed. Plaintiff's objections are currently due on or before June 17, 2015. The extension is deemed necessary as counsel for Plaintiff, Edward O.C. Ord, Esq., recently had surgery and has been released from the hospital and is at home recuperating, however, his convalescence is anticipated to be lengthy. Thus, Plaintiff's counsel respectfully requests an extension of time to and including August 15, 2015, in which to file his objections. This is the second request for an extension of time to file objections.

Pursuant to Local Rule 6-1, the parties have agreed and stipulated to an extension of time whereby Plaintiff's objections to the Report of Findings and Recommendation (Doc. #73) will be due on or before August 15, 2015.

DATED this 16th day of June, 2015.

| | |
|---|---|
| BAILUS COOK & KELESIS, LTD. | CAROLINE D. CIRAOLO<br>Acting Assistant Attorney General |
| /s/ George P. Kelesis<br>GEORGE P. KELESIS, ESQ.<br>Nevada Bar No. 000069<br>517 S. Ninth Street<br>Las Vegas, Nevada 89101 | /s/ Jeremy N. Hendon<br>JEREMY N. HENDON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station |
| EDWARD O.C. ORD, ESQ. (Pro Hac Vice)<br>California State Bar No. 52123<br>ORD & NORMAN<br>233 Sansome Street, Suite 1111<br>San Francisco, CA 94104<br>*Attorneys for Plaintiff* | Telephone: (202) 353-2466<br>Facsimile: (202) 307-0054<br>Email: Jeremy.Hendon@usdoj.gov<br>*Attorneys for Defendant, United States of America* |

**ORDER**

IT IS SO ORDERED this 22nd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE
Granted *nunc pro tunc* to June 17, 2015.