GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
California State Bar No. 52123
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA 94104

*Attorneys for Theodore Lee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| THEODORE F. LEE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:13-cv-00483-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OBJECTIONS TO REPORT OF FINDINGS AND RECOMMENDATION (#73)**<br>(Third Request) |

On April 16, 2015, the Magistrate Judge, Peggy A. Leen, recommended in her Report of Findings and Recommendation (Doc. #73) that the above-entitled case be dismissed. Plaintiff's objections are currently due on or before August 14, 2015. The extension is deemed necessary as counsel for Plaintiff, Edward O.C. Ord, Esq., recently had surgery and has been released from the hospital and is only in the office on a part-time basis. In addition, there are ongoing negotiation discussions between Mr. Ord and the Government in the tax court case and as such, said negotiations may obviate the need for objections in this case. Thus, Plaintiff's counsel respectfully requests an extension of time to and including September 25, 2015, in which to file his objections. This is the third request for an extension of time to file objections.

1  Pursuant to Local Rule 6-1, the parties have agreed and stipulated to an extension of time
2  whereby Plaintiff's objections to the Report of Findings and Recommendation (Doc. #73) will be
3  due on or before September 25, 2015.
4  DATED this 11th day of August, 2015.

| BAILUS COOK & KELESIS, LTD. | CAROLINE D. CIRAOLO<br>Acting Assistant Attorney General |
|---|---|
| /s/ George P. Kelesis<br>GEORGE P. KELESIS, ESQ.<br>Nevada Bar No. 000069<br>517 S. Ninth Street<br>Las Vegas, Nevada 89101<br><br>EDWARD O.C. ORD, ESQ. (Pro Hac Vice)<br>California State Bar No. 52123<br>ORD & NORMAN<br>233 Sansome Street, Suite 1111<br>San Francisco, CA 94104<br>*Attorneys for Plaintiff* | /s/ Jeremy N. Hendon<br>JEREMY N. HENDON<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Telephone: (202) 353-2466<br>Facsimile: (202) 307-0054<br>Email: Jeremy.Hendon@usdoj.gov<br>*Attorneys for Defendant, United States of America* |

**ORDER**

IT IS SO ORDERED this 11th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE